# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD LEE CANTERBURY,
Appellant,
vs.
CLARK COUNTY DETENTION CENTER,
Respondent.

No. 76608

FILED

SEP 14 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for the appointment of counsel. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Brown v. MHC Stagecoach*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule provides for an appeal from an order denying a motion for the appointment of counsel. We conclude that we lack jurisdiction, and we therefore

ORDER this appeal DISMISSED.[1]

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

------

[1]Given this dismissal, we take no action on the motion for clarification filed on September 6, 2018.

18-36113

cc:     Hon. Kimberly A. Wanker, District Judge
Richard Lee Canterbury
Attorney General/Carson City
Nye County Clerk

